# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1377
LT Case No. 09-2024-CF-565-A

_____

MATTHEW WADE OSBORN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender, and Nicole Marie Morris, Assistant Public Defender, Inverness, for Petitioner.

No Appearance for Respondent.

May 29, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the March 23, 2026 judgment and sentence rendered in Case No. 09-2024-CF-565-A, in the Circuit Court in and for Citrus County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, EISNAUGLE, and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————